Case 4:24-cv-01463   Document 11   Filed on 09/05/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-01463 |
| JBL LS FEDERAL, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed September 2, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, JBL LS FEDERAL, LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on September 5, 2024.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record